**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| John Alexander Cardenas, and § | | |
| Jennifer Dorner Cardenas aka Jennifer Mayme § | | BANKRUPTCY |
| Dorner, § | | |
| Debtors § | | CASE NO. 08-22781-REB |
| | | |
| CitiMortgage, Inc., § | | |
| Movant § | | JUDGE ROBERT E. BRIZENDINE |
| v. § | | |
| John Alexander Cardenas, and § | | |
| Jennifer Dorner Cardenas aka Jennifer Mayme § | | CHAPTER 7 |
| Dorner, § | | |
| Debtors § | | |
| Bradley J. Patten, § | | |
| Trustee § | | |
| Respondents § | | |

**NOTICE OF ASSIGNMENT OF HEARING**

NOTICE IS HEREBY GIVEN THAT a Motion for Relief From the Automatic Stay has been filed in the above-styled case. If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. **Movant consents to the automatic stay (and any related co-debtor stay) remaining in effect until the Court orders otherwise.**

**A hearing will be held on the 3rd day of December, 2008, at 10:30 a.m. in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, GA.**

Within three days of the date of this notice, Movant's attorney, or a pro se Movant, shall serve the motion and this notice upon the debtor, trustee, and their attorneys or record, and shall file a certificate of service within three days of service. BLR 9007-2 NDGa.

DATED: November 4, 2008

/s_____
Richard B. Maner
Attorney for CitiMortgage, Inc.
GA Bar No. 486588
Richard B. Maner, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
rmaner@rbmlegal.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John Alexander Cardenas, and | § | |
| Jennifer Dorner Cardenas aka Jennifer Mayme Dorner, | § § | BANKRUPTCY |
| Debtors | § | CASE NO. 08-22781-REB |
| CitiMortgage, Inc., | § | |
| Movant | § | JUDGE ROBERT E. BRIZENDINE |
| v. | § | |
| John Alexander Cardenas, and | § | |
| Jennifer Dorner Cardenas aka Jennifer Mayme Dorner, | § § | CHAPTER 7 |
| Debtors | § | |
| Bradley J. Patten, | § | |
| Trustee | § | |
| Respondents | § | |

## MOTION FOR RELIEF FROM STAY

COMES NOW, CitiMortgage, Inc., (the "Movant") and moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

The Movant is the holder of a Deed to Secure Debt ("Security Deed") which describes certain real property purportedly owned by Debtor located at 311 Park Creek Ridge, Woodstock, GA 30188. Said real property is security for a promissory note held by Movant.

2.

The Debtors filed this Chapter 7 case on September 30, 2008.

3.

The Debtors are contractually due for June 1, 2008 and are in arrears in excess of $7,928.08.

4.

The approximate total payoff is $199,804.02 as of the filing of this motion, as well as all other charges specified in the loan documents held by Movant and by applicable law.

5.

The Debtors' indicated market value is unknown as of the filing of this Motion.

6.

Because Debtors have demonstrated a continuing default and the clear inability to make payments required by the loan documents and the provisions of the bankruptcy code, Movant is not adequately protected. For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirements of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature.

7.

Because the Security Deed provides that the Debtors are responsible for Movant's attorney's fees in pursuing legal action such as this, Movant is entitled to reasonable attorney's fees from the Debtor to be assessed against its secured property described located at 311 Park Creek Ridge, Woodstock, GA 30188, under 11 U.S.C. §506(b) (unless it is shown clearly that there is no equity in the security property.)

WHEREFORE, the Movant prays for an Order relieving it from the provisions of the bankruptcy stay and authorizing it to proceed with the exercise of its private power of sale and foreclosure under its Deed to Secure Debt, any dispossessory proceedings if necessary all in accordance with and pursuant to appropriate state statutes, for reasonable attorney's fees under 11 USC §506(b).

Respectfully submitted,
RICHARD B. MANER, P.C.

/s_____
Richard B. Maner
Attorney for CitiMortgage, Inc.
GA Bar No. 486588
Richard B. Maner, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
rmaner@rbmlegal.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of Movant's **MOTION FOR RELIEF FROM STAY** and **NOTICE OF ASSIGNMENT OF HEARING** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

>John Alexander Cardenas
>Jennifer Dorner Cardenas
>8135 Castleberry Farms Drive
>Gainesville, GA  30506
>
>Jerry A. Daniels
>Jerry A. Daniels, LLC.
>175 Gwinnett Dr. - Ste 300
>Lawrenceville, GA  30045
>
>Bradley J. Patten, Esq.
>Chapter 7 Trustee
>PO Box 1098
>301 Green St., Suite 200
>Gainesville, GA  30503

This the 4th day November, 2008.

/s_____
Richard B. Maner
Attorney for CitiMortgage, Inc.
GA Bar No. 486588
Richard B. Maner, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
rmaner@rbmlegal.com